UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:23-cv-00610-TJC-LLL

**ROBERT PICOTT,**

    Plaintiff,

v.

**CREDIT CORP SOLUTIONS INC,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Robert Picott submits this Notice of Pending Settlement and states that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: June 8, 2023

                                                Respectfully Submitted,

                                                /s/ Thomas Patti
                                           **THOMAS PATTI, ESQ.**
                                           Florida Bar No. 118377
                                           E-mail: Tom@pzlg.legal
                                           **VICTOR ZABALETA, ESQ.**
                                           Florida Bar No. 118517
                                           E-mail: Victor@pzlg.legal
                                           PATTI ZABALETA LAW GROUP
                                           3323 Northwest 55th Street
                                           Fort Lauderdale, Florida 33309
                                           Phone: 561-542-8550

                                           *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377