**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT PICOTT,

    Plaintiff,

v.                                        Case No. 3:23-cv-610-TJC-LLL

CREDIT CORP SOLUTIONS, INC.,

    Defendant.

## **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 10), filed on July 6, 2023, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record